

# Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00303-CV

**WEAVER GOVERNMENT SOLUTIONS, LLC** and Raymundo Monroy,
Appellants

v.

**WEAVER TECHNOLOGIES, LLC**,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 26-18539
Honorable Albert D. Pattillo, III, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: July 15, 2026

MOTION TO DISMISS GRANTED; DISMISSED

Appellants filed a motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellants. *See id*. at R. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM